UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
10 APR 28 AM 8:55
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: MTP  DEPUTY

UNITED STATES OF AMERICA,

                Plaintiff,

    vs.

RAMIRO RAMOS-MEDINA

                Defendant.

CASE NO. 08CR3074-JM

**JUDGMENT OF DISMISSAL**

        IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**     an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___     the Court has dismissed the case for unnecessary delay; or

___     the Court has granted the motion of the Government for dismissal; or

___     the Court has granted the motion of the defendant for a judgment of acquittal; or

___     a jury has been waived, and the Court has found the defendant not guilty; or

___     the jury has returned its verdict, finding the defendant not guilty;

**X**     of the offense(s) of: as charged in the Information.

        IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 04/26/10

*[signature]*

RUBEN B. BROOKS
UNITED STATES DISTRICT JUDGE

ENTERED ON _____